| Howard Zahn, p. a. | |
| vs. | No. 90742. |
| Louis J. Shayer | |

February 9, 1934.

CARPENTER, J. This case was tried with the case of *George H. Potter et ux.* vs. *Louis J. Shayer*, No. 90741, and the jury returned a verdict for the plaintiff in the sum of $700. Motion for a new trial was filed alleging the usual grounds.

Zahn was riding on the rear seat of a motorcycle driven by one Potter and was injured in the same accident as is described in the case of *George H. Potter et ux.* vs. *Louis J. Shayer*, No. 90741.

Motion for a new trial in this case is denied on the grounds set forth in rescript filed in said case of *Potter et ux.* vs. *Shayer*, No. 90741.